UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STACEY SHARTHORNE, | ) | 1:03-5464-OWW-WMW-P |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT |
| | ) | |
| v. | ) | |
| | ) | (DOCUMENT #15) |
| M. ADAMS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On June 7, 2005, plaintiff filed a motion to extend time to file a second amended complaint, pursuant to the court's order of May 10, 2005. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file a second amended complaint.

IT IS SO ORDERED.

**Dated: August 8, 2005**          /s/ William M. Wunderlich
j14hj0                              UNITED STATES MAGISTRATE JUDGE