UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STACEY SHARLHORNE, | ) | 1:03-CV-05464-OWW-WMW-P |
| Plaintiff, | ) | ORDER GRANTING EXTENSION OF TIME |
| v. | ) | (DOCUMENT #18) |
| M. ADAMS, et al., | ) | |
| Defendants. | ) | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. Section 1983. On September 8, 2005, plaintiff filed a motion to extend time to file a second amended complaint pursuant to the court's order issued on May 10, 2005. Due to the fact that plaintiff filed the second amended complaint on October 12, 2005, and good cause having been presented to the court, IT IS HEREBY ORDERED THAT plaintiff's motion to extend time to file a second amended complaint is GRANTED nunc pro tunc to September 12, 2005.

IT IS SO ORDERED.

**Dated:   October 19, 2005**            /s/  William M. Wunderlich
j14hj0                                            UNITED STATES MAGISTRATE JUDGE